IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OMAR HILL,

    Plaintiff,

v.

MATTHEW CATE,

    Defendant.

No. C 13-01470 SBA (PR)

**ORDER OF TRANSFER**

Plaintiff has filed a pro se civil rights action pursuant to 42 U.S.C. § 1983. He has filed a motion for leave to proceed in forma pauperis.

The acts complained of occurred at North Fork Correctional Facility, which is located in the Western District of Oklahoma, and it appears that Defendants reside in that district. Venue, therefore, properly lies in that district and not in this one. See 28 U.S.C. § 1391(b).

Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Western District of Oklahoma. The Clerk of the Court shall transfer the case forthwith.

All remaining motions are TERMINATED on this Court's docket as no longer pending in this district.

IT IS SO ORDERED.

DATED: 5/13/13

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge

G:\PRO-SE\SBA\CR.13\Hill1470.Transfer.wpd

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

OMAR HILL,

        Plaintiff,

  v.

SECRETARY OF CDCR MATTHEW CATES
et al,

        Defendant.

Case Number: CV13-01470 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 17, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Omar Hill G-68511
North Fork Correctional Facility (N.F.C.F)
Contract Bed Unit
1605 E. Main Street
Sayre, OK 73662

Dated: May 17, 2013

                              Richard W. Wieking, Clerk
                              By: Lisa Clark, Deputy Clerk